UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROSE MARIE COLLIER,

                               **Plaintiff,**

                            -against-

COMMISSIONER OF SOCIAL SECURITY,

                              **Defendant.**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2020

19-CV-00368 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are ORDERED to meet and confer as to whether they consent to proceed before a Magistrate Judge for all purposes, pursuant to 28 U.S.C. § 636(c). By no later than January 13, 2020, the parties shall either file a signed consent form or file a letter stating that both parties do not consent. The letter should not indicate which party does not consent.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 7, 2020
              New York, New York