USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROSE MARIE COLLIER,

                        **Plaintiff,**

            -against-

**COMMISSIONER OF SOCIAL SECURITY,**

                        **Defendant.**
-----------------------------------------------------------------X

19-CV-00368 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On January 7, 2020, the Court ordered the parties to meet and confer and file either a signed form consenting to proceed before a Magistrate Judge for all purposes or a letter stating that the parties do not consent by January 13, 2020. See ECF No. 21. The parties did not file a consent form or letter. No later than January 15, 2020, the parties are directed submit a signed form or letter pursuant to the Court's January 7, 2020 order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 14, 2020
                 New York, New York