UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSE MARIE COLLIER,

                Plaintiff,

-against-

NANCY A. BERRYHILL, COMMISSIONER
OF SOCIAL SECURITY,
                Defendant.
------------------------------------------------------------X

19 **CIVIL** 368 (SN)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated July 6, 2020, the Commissioner's motion for judgment on the pleadings is granted and Collier's motion for judgment on the pleadings is denied.

**Dated:** New York, New York
        July 7, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

**Deputy Clerk**